■ PENN-OHIO STEEL CORPORATION et al., Respondents, v. ALLIS-CHALMERS MANUFACTURING COMPANY, Appellant.— Order unanimously modified in the exercise of discretion to the extent of requiring plaintiffs to serve an amended complaint wherein each plaintiff shall separately state his or its cause of action, and as so modified, affirmed, without costs. Each of the plaintiffs demands damages in the sum of $1,000,000. As heretofore held by this court in this case (7 A D 2d 441), in order to state a good cause of action special damages must be pleaded. There is nothing in this complaint from which it can be determined whether each of the plaintiffs sustained the damage set forth in paragraph 23d. A reading of the complaint would seem to indicate the plaintiffs sustained this damage jointly. True, counsel stated in open court that he intended by this pleading to allege identical damage with respect to each plaintiff. However, as indicated, the complaint does not so state. Concur —Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HOTEL SULGRAVE, INC., Respondent, v. AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Settle order fixing date for examination to proceed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ BOND STORES, INC., Appellant, v. AMERICAN UNION INSURANCE COMPANY OF NEW YORK, Respondent.— Determination of the Appellate Term and the order of the Municipal Court are unanimously reversed, on the law and in the exercise of discretion, with costs in this court and $30 costs and disbursements in the Appellate Term and the motion to vacate and set aside the judgment is denied, with $10 costs. Even taking cognizance of the supplemental affidavit submitted by defendants, it has failed to make an adequate, affirmative showing of a meritorious defense (Barnett Co. v. St. Paul Fire & Marine Ins. Co., 7 A D 2d 897). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LOUIS BERKLEY, Respondent, v. KORCAD CORPORATION, Appellant.— Order denying defendant's motion to vacate a warrant of attachment or in the alternative to increase the plaintiff's bond unanimously affirmed, with $20 costs and disbursements to the respondent. Defendant's motion to vacate the warrant of attachment did not constitute a general appearance in the circumstances of this case. (Zabriskie v. Second Nat. Bank, 204 App. Div. 428, 430.) Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JULIO JIMINEZ v. ALBERTA LYONS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.